# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:17-cv-05197-JFW-SSx　　　　　　　　Date September 20, 2017

Title: Chris Langer v. Innlacity, Inc.. et al.

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　　Attorneys Present for Defendants:

Not Present　　　　　　　　　　　　　　　　Not Present

Proceedings:　　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Joint STIPULATION to Dismiss Case [13] - Make JS-6

☐ Entered _____.

Initials of Preparer　sr

CV-74 (10/08)　　　　**CIVIL MINUTES -REOPENING/CLOSING**